IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NO. 3:24-CR-00023-TES-CHW |
| v. | : |
| SHAYAN HUSAIN, | : |
| Defendant | : |

## PLEA

I, **SHAYAN HUSAIN**, having been advised of my Constitutional rights and having had the charges herein stated to me in open court, plead NOT GUILTY to the Indictment in open court, this 5th day of December, 2024.

_____
**SHAYAN HUSAIN**
DEFENDANT

_____
**ADAM M. CAIN**
ATTORNEY FOR DEFENDANT

_____
**DANIEL W. A. PEACH**
ASSISTANT UNITED STATES ATTORNEY