# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **SHAYAAN HUSAIN,** <br><br>    *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00023-TES-CHW-2** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO CONTINUE TRIAL

Before the Court is Defendant Shayaan Husain's Unopposed Motion to Continue Trial [Doc. 58]. On July 9, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Protonitazene, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). [Doc. 1]. On December 5, 2024, Defendant entered a plea of not guilty. [Doc. 27].

Defendant seeks a continuance to review discovery and continue negotiations for possible resolutions of the case. [Doc. 58, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 58] and **CONTINUES** this case and its pretrial conference to the June term—beginning on June 23, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for

excusable delay.

      **SO ORDERED**, this 2nd day of April, 2025.

                                      S/ Tilman E. Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT COURT**