IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 3:24-CR-23-TES |
| | : |
| SHAYAAN HUSAIN, | : |
| | : |
| Defendant. | : |

## CHANGE OF PLEA

I, Shayaan Husain, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, plead **Guilty** to Count One of the Indictment this 3rd day of July, 2025.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
SAYAAN HUSAIN
DEFENDANT

_____
ADAM M. CAIN
ATTORNEY FOR DEFENDANT

_____
DANIEL W.A. PEACH
ASSISTANT UNITED STATES ATTORNEY